```
                                    FILED

                                08 JUL 15 PM 12:18

                                CLERK, U.S. DISTRICT COURT
                                SOUTHERN DISTRICT OF CALIFORNIA

                                                        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 2332 BTM |
| Plaintiff, ) | |
| ) | I N D I C T M E N T |
| v. ) | |
| ) | Title 8, U.S.C., Secs. 1326(a) |
| FAUSTINO ZATARAIN-IBARRA, ) | and (b) - Deported Alien Found |
| ) | in the United States |
| Defendant. ) | |

The grand jury charges:

On or about March 13, 2008, within the Southern District of California, defendant FAUSTINO ZATARAIN-IBARRA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

CJB:nlv:San Diego
7/14/08

It is further alleged that defendant FAUSTINO ZATARAIN-IBARRA was removed from the United States subsequent to February 9, 1995.

DATED: July 15, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CHARLOTTE E. KAISER
Assistant U.S. Attorney