1  KAREN P. HEWITT
   United States Attorney
2  DOUGLAS KEEHN
   Assistant U.S. Attorney
3  California State Bar No. 233686
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6549/
   E-mail: Douglas.Keehn@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   Criminal Case No. 08cr1142-BTM
                                     )
11                    Plaintiff,     )   NOTICE OF APPEARANCE
                                     )
12        v.                         )
                                     )
13  FAUSTINO ZATARAIN-IBARRA,        )
                                     )
14                                   )
                      Defendant.     )
15  

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      Assistant United States Attorney, Douglas Keehn, hereby requests that this Court authorize

18  the withdrawal of document number 5 from the clerk's record.

19      The notice of appearance was inadvertently filed in the incorrect case.

20      DATED: August 27, 2008

21                                       Respectfully submitted,

22                                       KAREN P. HEWITT
                                         United States Attorney
23

24                                       s/Douglas Keehn
                                         _____
25                                       DOUGLAS KEEHN
                                         Assistant United States Attorney
26                                       Attorney's for Plaintiff
                                         United States of America
27                                       Email: Douglas.Keehn@usdoj.gov

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. 08cr1142-BTM |
|                                     ) | |
|            Plaintiff,               ) | |
|                                     ) | |
|            v.                       ) | |
|                                     ) | CERTIFICATE OF SERVICE |
| FAUSTINO ZATARAIN-IBARRA,           ) | |
|                                     ) | |
|            Defendant.               ) | |
|                                     ) | |

IT IS HEREBY CERTIFIED THAT:

I, DOUGLAS KEEHN, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Notice of withdrawal on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.    Leila W. Morgan
           Leila_Morgan@fd.org

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    1.    N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2008.

                                                     s/Douglas Keehn
                                                   DOUGLAS KEEHN